No. 15,823.

JORDAN *v.* JORDAN.
(178 P. [2d] 947)

Decided March 24, 1947.

An action for divorce. Judgment for plaintiff. Affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Jackson and Mr. Justice Luxford, participating.

Mr. ADDISON M. GOODING, for plaintiff in error.

Mr. HUGH GILMORE, Mr. JOHN B. BARNARD, for defendant in error.